**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF TEXAS

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | Dealer Products, Inc. | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 75-1227782 | |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1122 W. Carrier Parkway** **Grand Prairie, TX 75050** | **PO BOX 5527** **Arlington, TX 76005-5527** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Tarrant** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)   **www.dealpro.com**

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor **Dealer Products, Inc.**      Case number (*if known*) _____

  Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    5013

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor **Dealer Products, Inc.**     Case number *(if known)* _____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

| List all cases. If more than 1, attach a separate list | Debtor | _____ | Relationship | _____ |
|---|---|---|---|---|
| | District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

        Contact name _____

        Phone _____

---

**▮ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor  **Dealer Products, Inc.**                                                    Case number (*if known*) _____
  Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | **Dealer Products, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 26, 2022**
                MM / DD / YYYY

**X** **/s/ Susan H. Fischer**                                      **Susan H. Fischer**
Signature of authorized representative of debtor        Printed name

Title    **Vice President**

---

**18. Signature of attorney**

**X** **/s/ M. Jermaine Watson**                     Date **August 26, 2022**
Signature of attorney for debtor                              MM / DD / YYYY

**M. Jermaine Watson 24063055**
Printed name

**Cantey Hanger LLP**
Firm name

**600 West 6th Street**
**Fort Worth, TX 76102-3685**
Number, Street, City, State & ZIP Code

Contact phone    **8178772861**        Email address    **jwatson@canteyhanger.com**

**24063055 TX**
Bar number and State

## WRITTEN ACTION OF THE BOARD OF DIRECTORS
## OF
## DEALER PRODUCTS, INC.

The undersigned, being the chairperson of the Board of Directors of Dealer Products, Inc. ("Company"), a Texas corporation, does hereby consent and agree that the following proposed actions have been taken in lieu of a meeting for such purposes:

**RESOLVED,** after consideration of the Company's financial and operational condition, it is in the best interests of the Company, its creditors and interest owners to file a petition under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 – 1532 (the "Bankruptcy Code").

**FURTHER RESOLVED,** that the Company is hereby authorized to do the following:

1.　Execute and verify a petition in the name of the Company under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division;

2.　Employ and retain the law firm of Cantey Hanger LLP as bankruptcy counsel for the Company in its chapter 11 case;

3.　Employ and retain such further legal, financial, accounting and bankruptcy services firms as may be deemed necessary or appropriate for the chapter 11 case; and

4.　Take such further action in the name of the Company within the chapter 11 case as he deems necessary and appropriate to protect the Company, its creditors and interest owner.

**IN WITNESS WHEREOF,** the undersigned being the chairperson of the Board of Directors of the Company, has hereunto set her hand as of this 26th day of August, 2022.

*Susan H. Fischer*

Susan H. Fischer
Vice President and Chairperson

**Fill in this information to identify the case:**

Debtor name    **Dealer Products, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __**August 26, 2022**__     X **/s/ Susan H. Fischer**
                                            Signature of individual signing on behalf of debtor

                                            **Susan H. Fischer**
                                            Printed name

                                            **Vice President**
                                            Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Dealer Products, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express Co., Inc. PO BOX 650448 Saint Jo, TX 76265 | | **Trade Debt** | | | | $105,604.94 |
| Amrep, Inc. 900 Industrial Park Dr. Marietta, GA 30062 | | **Trade Debt** | | | | $2,697.48 |
| Au-Ve-Co Products 100 Homan Drive Newport, KY 41076 | | **Trade Debt** | | | | $29,444.90 |
| Berryman Products, Inc. 3800 E. Randol Mill Rd Arlington, TX 76011 | | **Trade Debt** | | | | $7,959.26 |
| Chase Card Services PO BOX 6294 Carol Stream, IL 60197 | | **Trade Debt** | | | | $56,350.91 |
| CITIBUSINESS CARD PO BOX 9001037 Louisville, KY 40290 | | **Trade Debt** | | | | $75,944.79 |
| Disco Automotive Hardware 6300 HWY 177 S Sulphur, OK 73086 | | **Trade Debt** | | | | $17,396.90 |
| FedEx Ground PO Box 120001 Dept 0899 Dallas, TX 75312 | | **Trade Debt** | | | | $3,776.79 |
| Go-Jo Industries, Inc. PO BOX 991 Akron, OH 44309 | | **Trade Debt** | | | | $3,825.22 |

Debtor **Dealer Products, Inc.**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Interstate Battery 10200 Plano Road Ste 100 Dallas, TX 75238 | | Trade Debt | | | | $3,426.40 |
| Iwerk, LLC 1525 Merrimac Circle Suite 206 Fort Worth, TX 76107 | | Trade Debt | | | | $14,405.71 |
| Manpower 100 Manpower Place Milwaukee, WI 53212 | | Trade Debt | | | | $3,898.44 |
| Medco Tool 8518 West Little York Rd. Houston, TX 77040 | | Trade Debt | | | | $5,273.36 |
| Riley Flickinger 428 Meandering Way Corsicana, TX 75109 | | Trade Debt | | | | $6,000.00 |
| Solid Start, Inc. 2801 Saluda Road Lakeland, FL 33801 | | Trade Debt | | | | $5,269.24 |
| Staples Business Credit PO Box 105638 Atlanta, GA 30348 | | Trade Debt | | | | $2,498.52 |
| The Penray Companies, Inc. 440 Denniston Court Wheeling, IL 60090 | | Trade Debt | | | | $23,655.66 |
| U.S. Bank Equipment Finance 1310 Madrid St. Suite 101 Marshall, MN 56258 | | Trade Debt | | | | $5,547.89 |
| United Parcel Service PO Box 650116 Dallas, TX 75265 | | Trade Debt | | | | $9,803.22 |
| Wegmann Automotive USA 1435 Heil Quaker Blvd La Vergne, TN 37086 | | Trade Debt | | | | $24,554.64 |

**Fill in this information to identify the case:**

Debtor name   **Dealer Products, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | **Summary of Assets** |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................   $   **21,000.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................   $   **1,743,079.75**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................   $   **1,764,079.75**

| Part 2: | **Summary of Liabilities** |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $   **755,000.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $   **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................................   +$   **456,702.29**

4.   **Total liabilities** ....................................................................................................
   Lines 2 + 3a + 3b                                                                                               $   **1,211,702.29**

| Fill in this information to identify the case: |
|---|
| Debtor name **Dealer Products, Inc.** |
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS |
| Case number (if known) _____ |

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **$1,986.81** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Chase Bank Checking Account** | **Business Checking** | | $195,000.00 |
| 3.2. | **Comerica Bank Account** | **Business Checking** | | $16,097.81 |
| 3.3. | **Comerica Bank Account** | **Business Checking** | | $5,515.45 |
| 3.4. | **Comerica Bank Account** | **Business Checking** | | $1,726.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | | **$220,326.07** |
   |---|---|

### Part 2:    Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

Debtor **Dealer Products, Inc.**          Case number *(If known)* _____
    Name

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | | |
|---|---|---|---|---|---|
| | 11a. 90 days old or less: | **108,900.53** | - | **0.00** | = .... | **$108,900.53** |
| | | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | |
|---|---|---|
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | **$108,900.53** |

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** Inventory | | **$672,315.34** | **N/A** | **$672,315.34** |
| 22. **Other inventory or supplies** | | | | |

| 23. | **Total of Part 5.** | |
|---|---|---|
| | Add lines 19 through 22. Copy the total to line 84. | **$672,315.34** |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Debtor | **Dealer Products, Inc.** | Case number *(If known)* | |
|--------|---------------------------|---------------------------|--|
| | Name | | |

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|---------------------------------------------------------------------------------|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|--------------------------------------------------------------|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures**<br>Furniture and Fixtures | $49,099.17 | | $49,099.17 |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** | | $49,099.17 |
|-----|----------------------|--|------------|
| | Add lines 39 through 42. Copy the total to line 86. | | |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|----------------------|------------------|------------------|------------------|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2005 Ford F150 Truck** | $5,000.00 | | $5,000.00 |
| 47.2. | **Trailer** | $2,000.00 | Replacement | $2,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

Debtor  **Dealer Products, Inc.**
_____  Case number *(If known)*  _____
Name

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
      **Warehouse equipment, forklifts, tools of the trade, and service equipment**     $685,438.64                          $685,438.64

51.   **Total of Part 8.**                                                                        $692,438.64
      Add lines 47 through 50. Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 9:   Real property**

54.  **Does the debtor own or lease any real property?**

     ☐ No.  Go to Part 10.
     ■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **27064 Stonewood Dr. Whitney, TX 76692** | **Fee simple** | **$21,000.00** | **Tax records** | **$21,000.00** |

56.   **Total of Part 9.**                                                                        $21,000.00
      Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
      Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
      ■ No
      ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 10:   Intangibles and intellectual property**

59.  **Does the debtor have any interests in intangibles or intellectual property?**

     ☐ No.  Go to Part 11.
     ■ Yes Fill in the information below.

Debtor **Dealer Products, Inc.** _____ Case number *(If known)* _____
        Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **Trade Secret Formula for Certain Products** | Unknown | | Unknown |
| 61. **Internet domain names and websites** **www.dealpro.com** **www.cliphouse.com** **www.cliphouse.co** | Unknown | | Unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** **Customer List** **Customer Purchasing History** | Unknown | | Unknown |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** **Good Will** **Industry Reputation** | Unknown | | Unknown |

66. **Total of Part 10.**
    Add lines 60 through 65. Copy the total to line 89.

    | $0.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor  **Dealer Products, Inc.**                                                   Case number *(if known)* _____
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $220,326.07 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $108,900.53 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $672,315.34 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $49,099.17 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $692,438.64 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................................> | | $21,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,743,079.75 | + 91b.   $21,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,764,079.75 |

**Fill in this information to identify the case:**

Debtor name __**Dealer Products, Inc.**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF TEXAS__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1 Comerica Bank**<br>Creditor's Name<br><br>**Special Assets Group**<br>**1717 Main Street**<br>**Suite 3300**<br>**Dallas, TX 75201**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Inventory**<br><br><br>**Describe the lien**<br>**Statutory Lien** | **$255,000.00** | **$672,315.34** |

Creditor's email address, if known

**Date debt was incurred**
**June 28, 2015**
**Last 4 digits of account number**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2 Small Business Administration**<br>Creditor's Name<br><br>**4300 Amon Carter Blvd.**<br>**Suite 114**<br>**Fort Worth, TX 76155**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Chase Bank Checking Account - Business Checking and all other unencumbered property**<br><br>**Describe the lien**<br>**Statutory Lien** | **$500,000.00** | **$195,000.00** |

Creditor's email address, if known

**Date debt was incurred**
**March 8, 2022**
**Last 4 digits of account number**
**7410**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Debtor   **Dealer Products, Inc.**

_____
Name

Case number (if known) _____

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $755,000.00

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name __**Dealer Products, Inc.**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF TEXAS__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:   List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

■ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**AAA Cooper Transportation**<br>**311 W Trinity Blvd.**<br>**Grand Prairie, TX 75050**<br><br>Date(s) debt was incurred __Varies__<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $110.00 |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Abrasives & Allied Products, Inc.**<br>**2910 McKinney St.**<br>**Suite 500**<br>**Houston, TX 77003**<br><br>Date(s) debt was incurred __Varies__<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $509.40 |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Acme Automotive, Inc.**<br>**5020 Manfield Hwy**<br>**Fort Worth, TX 76119**<br><br>Date(s) debt was incurred __Varies__<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $395.50 |
| **3.4** | Nonpriority creditor's name and mailing address<br>**American Express Co., Inc.**<br>**PO BOX 650448**<br>**Saint Jo, TX 76265**<br><br>Date(s) debt was incurred __Varies__<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $105,604.94 |

Debtor **Dealer Products, Inc.**      Case number (if known) _____
Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,697.48 |
|---|---|---|---|

**Amrep, Inc.**
**900 Industrial Park Dr.**
**Marietta, GA 30062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Varies**

Basis for the claim: **Trade Debt**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.24 |
|---|---|---|---|

**Arconic, Inc.**
**201 Isabella St.**
**Pittsburgh, PA 15212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Varies**

Basis for the claim: **Trade Debt**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,444.90 |
|---|---|---|---|

**Au-Ve-Co Products**
**100 Homan Drive**
**Newport, KY 41076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Varies**

Basis for the claim: **Trade Debt**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $550.00 |
|---|---|---|---|

**Barbara Anthony**
**436 Roundrock Dr.**
**Cedar Hill, TX 75104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Varies**

Basis for the claim: **Trade Debt**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $274.05 |
|---|---|---|---|

**Bayco Products, Inc.**
**640 Sanden Blvd**
**Wylie, TX 75098**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Varies**

Basis for the claim: **Trade Debt**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,959.26 |
|---|---|---|---|

**Berryman Products, Inc.**
**3800 E. Randol Mill Rd**
**Arlington, TX 76011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Varies**

Basis for the claim: **Trade Debt**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $430.84 |
|---|---|---|---|

**Carborundum / Saint-Gobain Abrasives**
**One New Bond St.**
**Worcester, MA 01606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Varies**

Basis for the claim: **Trade Debt**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Dealer Products, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$56,350.91**

**Chase Card Services**
**PO BOX 6294**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Varies**

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$75,944.79**

**CITIBUSINESS CARD**
**PO BOX 9001037**
**Louisville, KY 40290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Varies**

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$299.26**

**ContiTech USA, Inc.**
**703 S Cleveland Massillon Rd.**
**Akron, OH 44333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Varies**

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,554.00**

**Cyclo Industries, Inc.**
**902 South US Highway 1**
**Jupiter, FL 33477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Varies**

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$70.95**

**Del City Wire**
**N85 W12545 Westbrook Crossing**
**Menomonee Falls, WI 53051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Varies**

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$17,396.90**

**Disco Automotive Hardware**
**6300 HWY 177 S**
**Sulphur, OK 73086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Varies**

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$503.69**

**Earnest Machine**
**7815 Third Flag Parkway**
**Suite 200**
**Austell, GA 30168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Varies**

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Dealer Products, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,620.68**

**Eaton Corporation**
**1750 Hardeman Lane**
**Cleveland, TN 37312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Varies**

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$475.51**

**Encon Safety Products**
**6825 W Sam Houston Pkwy N**
**Houston, TX 77041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Varies**

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,776.79**

**FedEx Ground**
**PO Box 120001**
**Dept 0899**
**Dallas, TX 75312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Varies**

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$376.93**

**FP Finance Program**
**PO BOX 660831**
**Dallas, TX 75266-0831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Varies**

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$45.00**

**Fuses Unlimited**
**3302 W Miller Rd.**
**Garland, TX 75041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Varies**

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,825.22**

**Go-Jo Industries, Inc.**
**PO BOX 991**
**Akron, OH 44309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Varies**

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,662.50**

**Gold Eagle Co.**
**4400 South Kildare Ave**
**Chicago, IL 60632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Varies**

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Dealer Products, Inc.**        Case number (*if known*) _____
_____
Name

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,441.43** |
|---|---|---|---|

**Henkel Corporation**
**32150 Just Imagine Drive**
**Avon, OH 44011**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  Varies**

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number  _**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,724.11** |
|---|---|---|---|

**Highline Aftermarket**
**2829 S. Scenic**
**Springfield, MO 65807**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  Varies**

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number  _**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$384.80** |
|---|---|---|---|

**Integrated Supply Network, Inc.**
**714 107th St.**
**Arlington, TX 76011**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  Varies**

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number  _**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54.00** |
|---|---|---|---|

**Intercorp**
**1252 Avenue T**
**Grand Prairie, TX 75050**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  Varies**

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number  _**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$139.68** |
|---|---|---|---|

**International Lubricants, Inc.**
**309 S Cloverdale St.**
**#D31**
**Seattle, WA 98108**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  Varies**

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number  _**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,426.40** |
|---|---|---|---|

**Interstate Battery**
**10200 Plano Road**
**Ste 100**
**Dallas, TX 75238**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  Varies**

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number  _**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$394.56** |
|---|---|---|---|

**Interstate Fittings**
**2930 Hansboro Ave.**
**Dallas, TX 75233**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  Varies**

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number  _**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor  **Dealer Products, Inc.**                                        Case number (if known) _____
_____
Name

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,405.71 |

**Iwerk, LLC**
**1525 Merrimac Circle**
**Suite 206**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Varies**

**Basis for the claim:  Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $74.75 |

**J & J Supply, Inc.**
**601 N. Beach St.**
**Fort Worth, TX 76111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Varies**

**Basis for the claim:  Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**J.M. Nault**
**34 Rue Industrielle**
**Suite 100**
**Delson (Quebec) Canada J5B 1W1**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Varies**

**Basis for the claim:  Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,800.00 |

**John Burkart**
**4306 Mercedes Drive**
**Midland, TX 79703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

**Basis for the claim:  Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $223.68 |

**Kanebridge Corp.**
**250 Pehle Ave.**
**Saddle Brook, NJ 07663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Varies**

**Basis for the claim:  Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,299.80 |

**Kex Tire Repair / Rema Tip Top**
**240 Pegasus Ave**
**Northvale, NJ 07647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Varies**

**Basis for the claim:  Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,322.52 |

**Kimberly-Clark Corp.**
**PO BOX 915003**
**Dallas, TX 75391**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Varies**

**Basis for the claim:  Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Dealer Products, Inc.**
_____
Name

Case number (if known) _____

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

Kyra Dyer
9663 Northland Road
Oklahoma City, OK 73120

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $923.09 |
|---|---|---|---|

Landsberg Dallas
4151 Hwy 121 N
Grapevine, TX 76051

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **Varies**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,898.44 |
|---|---|---|---|

Manpower
100 Manpower Place
Milwaukee, WI 53212

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **Varies**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,578.72 |
|---|---|---|---|

Marathon Aftermarket
4485 Eagle Ridge Court
Loretto, MN 55357

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **Varies**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $309.44 |
|---|---|---|---|

Market Place Printing
2641 N. Forum Dr.
Grand Prairie, TX 75052

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **Varies**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38.00 |
|---|---|---|---|

Med Carenow Corporation
2520 W Interstate 20
Grand Prairie, TX 75052

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **Varies**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,273.36 |
|---|---|---|---|

Medco Tool
8518 West Little York Rd.
Houston, TX 77040

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **Varies**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Dealer Products, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.47** | Nonpriority creditor's name and mailing address

**Metlife Small Business**
PO Box 804466
**Kansas City, MO 64180-4466**

Date(s) debt was incurred __Varies__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$673.38**

---

**3.48** | Nonpriority creditor's name and mailing address

**Metric & Multistandard Components Corp.**
**2200 Century Cir.**
**Irving, TX 75062**

Date(s) debt was incurred __Varies__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$785.45**

---

**3.49** | Nonpriority creditor's name and mailing address

**MFS Supply, LLC**
**2045 Westgate Dr.**
**Ste 130**
**Carrollton, TX 75006**

Date(s) debt was incurred __Varies__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$1.99**

---

**3.50** | Nonpriority creditor's name and mailing address

**Milton Industries**
**4500 W. Cortland St.**
**Chicago, IL 60639**

Date(s) debt was incurred __Varies__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$1,004.61**

---

**3.51** | Nonpriority creditor's name and mailing address

**Milwaukee Sprayer Manufacturing Co., Inc**
**N90 W14337 Commerce Dr.**
**Menomonee Falls, WI 53051**

Date(s) debt was incurred __Varies__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$324.80**

---

**3.52** | Nonpriority creditor's name and mailing address

**Minnesota Mining Manufacturing**
**2121 Santa Anna Ave.**
**Dallas, TX 75228**

Date(s) debt was incurred __Varies__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$1,681.09**

---

**3.53** | Nonpriority creditor's name and mailing address

**Miranda CPA, PLLC**
**100 N US 75-Central Expressway**
**#912**
**Richardson, TX 75080**

Date(s) debt was incurred __Varies__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$550.00**

---

| Debtor | **Dealer Products, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.54**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$798.40** |
|---|---|---|
| **Mixing Pads USA**<br>**PO Box 268**<br>**Sparta, MI 49345** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **Varies** | | |
| Last 4 digits of account number __ | Basis for the claim:  **Trade Debt** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.55**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$380.00** |
|---|---|---|
| **Mobile Shred It, LLC**<br>**4828 Cash Rd.**<br>**Dallas, TX 75247** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **Varies** | | |
| Last 4 digits of account number __ | Basis for the claim:  **Trade Debt** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.56**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$211.72** |
|---|---|---|
| **MSC Industrial Supply Co.**<br>**6700 Discovery Blvd.**<br>**Mableton, GA 30126** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **Varies** | | |
| Last 4 digits of account number __ | Basis for the claim:  **Trade Debt** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.57**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$373.28** |
|---|---|---|
| **O'Reilly Auto Parts**<br>**233 South Patterson Avenue**<br>**Springfield, MO 65802-2298** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **Varies** | | |
| Last 4 digits of account number __ | Basis for the claim:  **Trade Debt** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.58**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.31** |
|---|---|---|
| **PAC-FAS**<br>**1509 Alabama St.**<br>**South Houston, TX 77587** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **Varies** | | |
| Last 4 digits of account number __ | Basis for the claim:  **Trade Debt** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.59**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$177.43** |
|---|---|---|
| **Peterson Manufacturing Company**<br>**4200 E. 135th Street**<br>**Grandview, MO 64030** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **Varies** | | |
| Last 4 digits of account number __ | Basis for the claim:  **Trade Debt** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.60**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$480.00** |
|---|---|---|
| **Petoskey Plastics, Inc.**<br>**2050 Couch Dr.**<br>**McKinney, TX 75069** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **Varies** | | |
| Last 4 digits of account number __ | Basis for the claim:  **Trade Debt** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Dealer Products, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,375.32**

**Prestige Stamping, Inc.**
23513 Groesbeck Hwy
Warren, MI 48089

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Varies__

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$265.68**

**Prime Auto WHS-Keltners**
4500 Malone Rd.
Suite 1
Memphis, TN 38118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Varies__

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$185.55**

**Protection 1/ADT**
4102 Esters Rd.
Irving, TX 75038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Varies__

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,416.25**

**Pylon Manufacturing Company**
600 W Hillsboro Blvd.
#400
Deerfield Beach, FL 33441

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Varies__

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$945.84**

**QuestSpecialty Corporation**
2001 E Tom Greent St.
Brenham, TX 77833

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Varies__

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$714.02**

**Quick Cable Corporation**
3700 Quick Dr.
Franksville, WI 53126

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Varies__

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$649.27**

**Quill Corporation**
440 S Royal Lane
Coppell, TX 75019

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Varies__

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Dealer Products, Inc.** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $945.29 |
| --- | --- | --- | --- |

**RBL Products, Inc.**
6040 Russell
Detroit, MI 48211

Date(s) debt was incurred  **Varies**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.20 |
| --- | --- | --- | --- |

**Reliable Packaging Systems, Inc.**
6705 Rickyval St.
Schofield, WI 54476

Date(s) debt was incurred  **Varies**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,236.01 |
| --- | --- | --- | --- |

**Reliant Energy**
PO BOX 3765
Houston, TX 77253-3765

Date(s) debt was incurred  **Varies**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $594.76 |
| --- | --- | --- | --- |

**Republic Services #794**
PO BOX 78829
Phoenix, AZ 85062-8829

Date(s) debt was incurred  **Varies**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |
| --- | --- | --- | --- |

**Riley Flickinger**
428 Meandering Way
Corsicana, TX 75109

Date(s) debt was incurred  **Various**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,269.24 |
| --- | --- | --- | --- |

**Solid Start, Inc.**
2801 Saluda Road
Lakeland, FL 33801

Date(s) debt was incurred  **Varies**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,160.40 |
| --- | --- | --- | --- |

**Sprayway Inc.**
484 Vista Avenue
Addison, IL 60101

Date(s) debt was incurred  **Varies**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor __Dealer Products, Inc._____     Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.75 | **Nonpriority creditor's name and mailing address**<br>**Staples Business Credit**<br>**PO Box 105638**<br>**Atlanta, GA 30348**<br><br>Date(s) debt was incurred __Varies__<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,498.52** |

| | | |
|---|---|---|
| 3.76 | **Nonpriority creditor's name and mailing address**<br>**Star Stainless Screw Company**<br>**2509 114th St.**<br>**Grand Prairie, TX 75050**<br><br>Date(s) debt was incurred __Varies__<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$280.27** |

| | | |
|---|---|---|
| 3.77 | **Nonpriority creditor's name and mailing address**<br>**Synco Chemical Corporation**<br>**24 Davinci Dr.**<br>**Bohemia, NY 11716**<br><br>Date(s) debt was incurred __Varies__<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$422.20** |

| | | |
|---|---|---|
| 3.78 | **Nonpriority creditor's name and mailing address**<br>**Technical Chemical Company**<br>**400 Commerce Blvd**<br>**Cleburne, TX 76031**<br><br>Date(s) debt was incurred __Varies__<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,778.72** |

| | | |
|---|---|---|
| 3.79 | **Nonpriority creditor's name and mailing address**<br>**The Penray Companies, Inc.**<br>**440 Denniston Court**<br>**Wheeling, IL 60090**<br><br>Date(s) debt was incurred __Varies__<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$23,655.66** |

| | | |
|---|---|---|
| 3.80 | **Nonpriority creditor's name and mailing address**<br>**Thread Kits Co.**<br>**16900 S Main St.**<br>**Gardena, CA 90248**<br><br>Date(s) debt was incurred __Varies__<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$246.94** |

| | | |
|---|---|---|
| 3.81 | **Nonpriority creditor's name and mailing address**<br>**U.S. Bank Equipment Finance**<br>**1310 Madrid St.**<br>**Suite 101**<br>**Marshall, MN 56258**<br><br>Date(s) debt was incurred __Varies__<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,547.89** |

Debtor **Dealer Products, Inc.**  Case number (if known) _____
_____
Name

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $442.00 |

**Uline**
12575 Uline Dr.
Pleasant Prairie, WI 53158

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Varies**

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,803.22 |

**United Parcel Service**
PO Box 650116
Dallas, TX 75265

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Varies**

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |

**US Check Services, LLC**
PO BOX 277793
Hollywood, FL 33027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Varies**

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,554.64 |

**Wegmann Automotive USA**
1435 Heil Quaker Blvd
La Vergne, TN 37086

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Varies**

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,776.25 |

**Wrought Washer Mfg. Inc.**
2200 Alberta
Suite 130
Dallas, TX 75229

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Varies**

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $268.46 |

**Xerox Business Solutions**
8200 IH 10W
Suite #400
San Antonio, TX 78230

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Varies**

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

Debtor **Dealer Products, Inc.**
_____
Name

Case number (if known) _____

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 456,702.29 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 456,702.29 |



**Fill in this information to identify the case:**

Debtor name     **Dealer Products, Inc.**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest **First Amendment to Lease by and between Westcore Alpha Dallas I, LLC, a Delaware limited liability company and Dealer Products, Inc., a Texas corporation.** | |
| State the term remaining **4 years** | **Westcore Alpha Dallas I, LLC c/o Westcore Properties, LLC 4350 La Jolla Village Drive Suite 900 San Diego, CA 92122** |
| List the contract number of any government contract _____ | |

**Fill in this information to identify the case:**

Debtor name   **Dealer Products, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                            12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**  — Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | John L. Fischer, Jr. | 5504 Nakoma Dr. Dallas, TX 75209 Personal Guarantee | Comerica Bank | ■ D  2.1  ☐ E/F _____ ☐ G _____ |
| 2.2 | John L. Fischer, Jr. | 5504 Nakoma Dr. Dallas, TX 75209 Personal Guarantee | Small Business Administration | ■ D  2.2  ☐ E/F _____ ☐ G _____ |
| 2.3 | Susan H. Fischer | 5504 Nakoma Dr. Dallas, TX 75209 Personal Guarantee | Small Business Administration | ■ D  2.2  ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Dealer Products, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **11/01/2021** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $776,506.85 |
| **For year before that:**<br>From **11/01/2020** to **10/31/2021** | ■ Operating a business<br>☐ Other _____ | $1,545,208.50 |
| **For the fiscal year:**<br>From **11/01/2019** to **10/31/2020** | ■ Operating a business<br>☐ Other _____ | $1,760,044.13 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor **Dealer Products, Inc.**  Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Tamara S. Jones**<br>**B2B CFO**<br>**806 Pool Lane**<br>**Allen, TX 75002** | **Various** | **$46,720.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Susan H. Fischer**<br>**5504 Nakoma Dr.**<br>**Dallas, TX 75209**<br>**Vice President** | **Monthly** | **$138,000.00** | **Salary** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

Part 3: **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:** **Certain Gifts and Charitable Contributions**

Debtor    **Dealer Products, Inc.**                                                        Case number *(if known)*

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Cantey Hanger LLP**<br>**Cantey Hanger Plaza**<br>**600 West 6th Street**<br>**Fort Worth, TX 76102-3685** | **Attorney Fees** | **August 26, 2022** | **$14,000.00** |
| | **Email or website address**<br>**www.canteyhanger.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:    Previous Locations

Debtor **Dealer Products, Inc.**                                   Case number *(if known)* _____

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐ No. Go to Part 10.
    ■ Yes. Does the debtor serve as plan administrator?

        ■ No Go to Part 10.
        ☐ Yes. Fill in below:

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

Debtor   **Dealer Products, Inc.**                                        Case number *(if known)*

---

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

---

Official Form 207                Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                page **5**

Debtor **Dealer Products, Inc.** _____  Case number *(if known)* _____

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. | **Comerica Bank**<br>**Special Assets Group**<br>**1717 Main Street**<br>**Suite 3300**<br>**Dallas, TX 75201** |
| 26d.2. | **Small Business Administration**<br>**4300 Amon Carter Blvd.**<br>**Suite 114**<br>**Fort Worth, TX 76155** |

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Susan H. Fischer** | **5504 Nakoma Dr.**<br>**Dallas, TX 75209** | **Vice President; Stock** | **2%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **John L. Fischer, Jr.** | **5504 Nakoma Dr.**<br>**Dallas, TX 75209** | **President; Stock** | **98%** |

Debtor __**Dealer Products, Inc.**_____    Case number *(if known)* _____

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Susan H. Fischer**<br>**5504 Nakoma Dr.**<br>**Dallas, TX 75209** | **$138,000.00; Salary** | **Varies** | **Salary** |
| **Relationship to debtor**<br>**Officer and Shareholder** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**August 26, 2022**_____

__**/s/ Susan H. Fischer**_____        __**Susan H. Fischer**_____
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor __**Vice President**_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Texas

In re    **Dealer Products, Inc.**                 Case No.
                               Debtor(s)           Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 14,000.00 |
| Prior to the filing of this statement I have received | $ | 14,000.00 |
| Balance Due | $ | 0.00 |

2.    $ **1,738.00** of the filing fee has been paid.

3.    The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

4.    The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
     e.   [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; representation of the debtor in relief from stay actions or any other adversary proceeding. Preparation and filing motions and applications as needed.**

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**August 26, 2022**                 **/s/ M. Jermaine Watson**
*Date*                             **M. Jermaine Watson 24063055**
                                       *Signature of Attorney*
                                       **Cantey Hanger LLP**
                                       **600 West 6th Street**
                                       **Fort Worth, TX 76102-3685**
                                       **8178772861   Fax: 8173332961**
                                       **jwatson@canteyhanger.com**
                                       *Name of law firm*

# United States Bankruptcy Court
## Northern District of Texas

In re    **Dealer Products, Inc.**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **John L. Fischer, Jr.**<br>**5504 Nakoma Dr.**<br>**Dallas, TX 75209** | | **98%** | **Stock** |
| **Susan H. Fischer**<br>**5504 Nakoma Dr.**<br>**Dallas, TX 75209** | | **2%** | **Stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Vice President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **August 26, 2022**

Signature    **/s/ Susan H. Fischer**
**Susan H. Fischer**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

BTXN 094 (rev. 5/04)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

In Re:                    §
                          §

**Dealer Products, Inc.**        §      Case No.:
                          §
                          §

          Debtor(s)    §
                          §

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

- ■   is the first mail matrix in this case.

- ☐   adds entities not listed on previously filed mailing list(s).

- ☐   changes or corrects name(s) and address(es) on previously filed mailing list(s).

- ☐   deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date:    **August 26, 2022**               **/s/ Susan H. Fischer**
                                       **Susan H. Fischer/Vice President**
                                       Signer/Title

Date:    **August 26, 2022**               **/s/ M. Jermaine Watson**
                                         Signature of Attorney
                                         **M. Jermaine Watson 24063055**
                                         **Cantey Hanger LLP**
                                         **600 West 6th Street**
                                         **Fort Worth, TX 76102-3685**
                                         **8178772861   Fax: 8173332961**

                                         **75-1227782**
                                         Debtor's Social Security/Tax ID No.

                                         Joint Debtor's Social Security/Tax ID No.

AAA Cooper Transportation
311 W Trinity Blvd.
Grand Prairie, TX 75050

Abrasives & Allied Products, Inc.
2910 McKinney St.
Suite 500
Houston, TX 77003

Acme Automotive, Inc.
5020 Manfield Hwy
Fort Worth, TX 76119

American Express Co., Inc.
PO BOX 650448
Saint Jo, TX 76265

Amrep, Inc.
900 Industrial Park Dr.
Marietta, GA 30062

Arconic, Inc.
201 Isabella St.
Pittsburgh, PA 15212

Au-Ve-Co Products
100 Homan Drive
Newport, KY 41076

Barbara Anthony
436 Roundrock Dr.
Cedar Hill, TX 75104

Bayco Products, Inc.
640 Sanden Blvd
Wylie, TX 75098

Berryman Products, Inc.
3800 E. Randol Mill Rd
Arlington, TX 76011

Carborundum / Saint-Gobain Abrasives
One New Bond St.
Worcester, MA 01606

Chase Card Services
PO BOX 6294
Carol Stream, IL 60197

CITIBUSINESS CARD
PO BOX 9001037
Louisville, KY 40290

Comerica Bank
Special Assets Group
1717 Main Street
Suite 3300
Dallas, TX 75201

ContiTech USA, Inc.
703 S Cleveland Massillon Rd.
Akron, OH 44333

Cyclo Industries, Inc.
902 South US Highway 1
Jupiter, FL 33477

Del City Wire
N85 W12545 Westbrook Crossing
Menomonee Falls, WI 53051

Disco Automotive Hardware
6300 HWY 177 S
Sulphur, OK 73086

Earnest Machine
7815 Third Flag Parkway
Suite 200
Austell, GA 30168


Eaton Corporation
1750 Hardeman Lane
Cleveland, TN 37312


Encon Safety Products
6825 W Sam Houston Pkwy N
Houston, TX 77041


FedEx Ground
PO Box 120001
Dept 0899
Dallas, TX 75312


FP Finance Program
PO BOX 660831
Dallas, TX 75266-0831


Fuses Unlimited
3302 W Miller Rd.
Garland, TX 75041


Go-Jo Industries, Inc.
PO BOX 991
Akron, OH 44309


Gold Eagle Co.
4400 South Kildare Ave
Chicago, IL 60632


Henkel Corporation
32150 Just Imagine Drive
Avon, OH 44011

Highline Aftermarket
2829 S. Scenic
Springfield, MO 65807


Integrated Supply Network, Inc.
714 107th St.
Arlington, TX 76011


Intercorp
1252 Avenue T
Grand Prairie, TX 75050


International Lubricants, Inc.
309 S Cloverdale St.
#D31
Seattle, WA 98108


Interstate Battery
10200 Plano Road
Ste 100
Dallas, TX 75238


Interstate Fittings
2930 Hansboro Ave.
Dallas, TX 75233


Iwerk, LLC
1525 Merrimac Circle
Suite 206
Fort Worth, TX 76107


J & J Supply, Inc.
601 N. Beach St.
Fort Worth, TX 76111


J.M. Nault
34 Rue Industrielle
Suite 100
Delson (Quebec) Canada J5B 1W1

John Burkart
4306 Mercedes Drive
Midland, TX 79703


John L. Fischer, Jr.
5504 Nakoma Dr.
Dallas, TX 75209


Kanebridge Corp.
250 Pehle Ave.
Saddle Brook, NJ 07663


Kex Tire Repair / Rema Tip Top
240 Pegasus Ave
Northvale, NJ 07647


Kimberly-Clark Corp.
PO BOX 915003
Dallas, TX 75391


Kyra Dyer
9663 Northland Road
Oklahoma City, OK 73120


Landsberg Dallas
4151 Hwy 121 N
Grapevine, TX 76051


Manpower
100 Manpower Place
Milwaukee, WI 53212


Marathon Aftermarket
4485 Eagle Ridge Court
Loretto, MN 55357

Market Place Printing
2641 N. Forum Dr.
Grand Prairie, TX 75052


Med Carenow Corporation
2520 W Interstate 20
Grand Prairie, TX 75052


Medco Tool
8518 West Little York Rd.
Houston, TX 77040


Metlife Small Business
PO Box 804466
Kansas City, MO 64180-4466


Metric & Multistandard Components Corp.
2200 Century Cir.
Irving, TX 75062


MFS Supply, LLC
2045 Westgate Dr.
Ste 130
Carrollton, TX 75006


Milton Industries
4500 W. Cortland St.
Chicago, IL 60639


Milwaukee Sprayer Manufacturing Co., Inc
N90 W14337 Commerce Dr.
Menomonee Falls, WI 53051


Minnesota Mining Manufacturing
2121 Santa Anna Ave.
Dallas, TX 75228

Miranda CPA, PLLC
100 N US 75-Central Expressway
#912
Richardson, TX 75080


Mixing Pads USA
PO Box 268
Sparta, MI 49345


Mobile Shred It, LLC
4828 Cash Rd.
Dallas, TX 75247


MSC Industrial Supply Co.
6700 Discovery Blvd.
Mableton, GA 30126


O'Reilly Auto Parts
233 South Patterson Avenue
Springfield, MO 65802-2298


PAC-FAS
1509 Alabama St.
South Houston, TX 77587


Peterson Manufacturing Company
4200 E. 135th Street
Grandview, MO 64030


Petoskey Plastics, Inc.
2050 Couch Dr.
McKinney, TX 75069


Prestige Stamping, Inc.
23513 Groesbeck Hwy
Warren, MI 48089

Prime Auto WHS-Keltners
4500 Malone Rd.
Suite 1
Memphis, TN 38118


Protection 1/ADT
4102 Esters Rd.
Irving, TX 75038


Pylon Manufacturing Company
600 W Hillsboro Blvd.
#400
Deerfield Beach, FL 33441


QuestSpecialty Corporation
2001 E Tom Greent St.
Brenham, TX 77833


Quick Cable Corporation
3700 Quick Dr.
Franksville, WI 53126


Quill Corporation
440 S Royal Lane
Coppell, TX 75019


RBL Products, Inc.
6040 Russell
Detroit, MI 48211


Reliable Packaging Systems, Inc.
6705 Rickyval St.
Schofield, WI 54476


Reliant Energy
PO BOX 3765
Houston, TX 77253-3765

Republic Services #794
PO BOX 78829
Phoenix, AZ 85062-8829

Riley Flickinger
428 Meandering Way
Corsicana, TX 75109

Small Business Administration
4300 Amon Carter Blvd.
Suite 114
Fort Worth, TX 76155

Solid Start, Inc.
2801 Saluda Road
Lakeland, FL 33801

Sprayway Inc.
484 Vista Avenue
Addison, IL 60101

Staples Business Credit
PO Box 105638
Atlanta, GA 30348

Star Stainless Screw Company
2509 114th St.
Grand Prairie, TX 75050

Susan H. Fischer
5504 Nakoma Dr.
Dallas, TX 75209

Synco Chemical Corporation
24 Davinci Dr.
Bohemia, NY 11716

```
Technical Chemical Company
400 Commerce Blvd
Cleburne, TX 76031


The Penray Companies, Inc.
440 Denniston Court
Wheeling, IL 60090


Thread Kits Co.
16900 S Main St.
Gardena, CA 90248


U.S. Bank Equipment Finance
1310 Madrid St.
Suite 101
Marshall, MN 56258


Uline
12575 Uline Dr.
Pleasant Prairie, WI 53158


United Parcel Service
PO Box 650116
Dallas, TX 75265


US Check Services, LLC
PO BOX 277793
Hollywood, FL 33027


Wegmann Automotive USA
1435 Heil Quaker Blvd
La Vergne, TN 37086


Westcore Alpha Dallas I, LLC
c/o Westcore Properties, LLC
4350 La Jolla Village Drive
Suite 900
San Diego, CA 92122
```

```
Wrought Washer Mfg. Inc.
2200 Alberta
Suite 130
Dallas, TX 75229


Xerox Business Solutions
8200 IH 10W
Suite #400
San Antonio, TX 78230
```

# United States Bankruptcy Court
## Northern District of Texas

In re __**Dealer Products, Inc.**__

Debtor(s)

Case No. _____

Chapter __**11**__

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __**Dealer Products, Inc.**__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__**August 26, 2022**__

Date

/s/ **M. Jermaine Watson**

**M. Jermaine Watson 24063055**

Signature of Attorney or Litigant

Counsel for __**Dealer Products, Inc.**__

**Cantey Hanger LLP**

**600 West 6th Street**

**Fort Worth, TX 76102-3685**

**8178772861 Fax:8173332961**

**jwatson@canteyhanger.com**